

ORDERED in the Southern District of Florida on March 18, 2021.

_____

**A. Jay Cristol, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI-DADE DIVISION**
www.flsb.uscourts.gov

**In re:**                                                        **CASE NO.: 20-21157-BKC-AJC**
                                                                 **CHAPTER 13**

**FRANCISCA RAUDALES**

              **Debtor. /**
_____

**AGREED ORDER SUSTAINING IN PART**
**AND OVERRULING IN PART DEBTOR'S OBJECTION TO CLAIM [D.E. 32]**

        This matter having been considered on consent motion calendar upon the Debtor's Objection to Claim 6-1 of US Bank Trust, N.A./ SN Servicing Corporation [DE #32], and the parties having conferred and resolved the matter between them, it is

**ORDERED** that Debtor's objection[s] to the following claim is SUSTAINED IN PART and OVERRULED IN PART as follows:

| Claim No. | Claimant | Amount | Disposition |
|---|---|---|---|
| 6-1 | US Bank Trust, N.A./ SN Servicing Corporation | $167,974.12 | Claim6 is ALLOWED in the total claim amount of $160,796.62 with an arrearage amount of $64,514.20. This order reduces the total claim and arrearage amount by $7,177.50 as agreed to by the parties which consists of reducing of the Prepetition fees |

| | | | due by $5,684.00 and reducing the escrow deficiency for funds advanced by $1,493.50. |
|---|---|---|---|

**###**

Aimee Melich, Esq. shall serve a conformed copy of this Order upon all parties of interest and shall file a Certificate of Service in accordance with Local Rule 2002-1(F).